Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIQUON HICKS,<br><br>　　　　Defendant. | NO.  2:17-cr-027 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**Date:  MARCH 23, 2017**<br>**Time:  9:30 a.m.**<br>**Judge  Hon. TROY L. NUNLEY** |

　　　**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for March 23, 2017, be vacated and the matter be continued until May 18, 2017, at 9:30 a.m. for status conference.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 23, 2017, and May 18, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

March 23, 2017 is the first scheduled appearance following arraignment.  Some discovery has been received and defense investigation has commenced.  Defense counsel will be requesting further discovery in light of current disclosures and the results of current investigation.  Investigation is continuing and the case, which involves at least two search warrants, will require presentation of motions to suppress in due course.  Further investigation is needed before such motions can be drafted and submitted.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

Respectfully submitted,

DATE: March 21, 2017         /s/ *Jason Hitt*
                             Jason Hitt
                             Asst U.S. Attorney
                             Counsel for Plaintiff


DATE: March 21, 2017         /s/ *Jeffrey L. Staniels*
                             Jeffrey L. Staniels
                             Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-027 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIQUON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until May 18, 2017, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

DATED: March 21, 2017

Troy L. Nunley
United States District Judge