UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-27-TLN |
| Plaintiff, | |
| v. | ORDER |
| TIQUON RAMON HICKS | |
| Defendant. | |

On February 1, 2017, the court authorized a search warrant pertinent to this case. See 2:17-sw-070. The court is in receipt of a letter dated March 21, 2017, from defendant's counsel (attached to this order) requesting from the court a copy of the inventory of all property taken pursuant to the searches authorized by that search warrant. It is the court's understanding that a copy of the inventory is ordinarily left at the place searched or is available from counsel for the United States.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than March 29, 2017, the United States shall file a brief statement indicating: (a) whether or not the United States will provide defendant's counsel with a copy of the inventory sought; and (b) if not, whether the United States objects to the court ordering a copy of the inventory to be produced to defendant's counsel, and if so, the grounds for that objection.

1

2. The Clerk of Court shall file the March 21, 2017 letter from defendant's counsel as an attachment to this order.

IT IS SO ORDERED.

Dated: March 24, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE