Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIQUON HICKS,<br><br>    Defendant. | NO. 2:17-cr-027 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**Date: May 18, 2017**<br>**Time: 9:30 a.m.**<br>**Judge Hon. TROY L. NUNLEY** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for May 18, 2017, be vacated and the matter be continued until July 20, 2017, at 9:30 a.m. for status conference.

1

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 18, 2017, and July 20, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Defense investigation has commenced but is not completed. Continuing investigation into the case, which involves at least two search warrants, includes inquiries directed at potential motions related issues, and it appears at present that motions to suppress will be called for in due course.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

                                    Respectfully submitted,

DATE: May 12, 2017                   /s/ *Jason Hitt*
                                        Jason Hitt
                                        Asst U.S. Attorney
                                        Counsel for Plaintiff

DATE: May 12, 2017                  /s/ *Jeffrey L. Staniels*
                                        Jeffrey L. Staniels
                                        Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| TIQUON HICKS, | ) |
| Defendant. | ) |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until July 20, 2017, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between May 18, 2017 and July 20, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

Dated: May 12, 2017

Troy L. Nunley
United States District Judge