Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIQUON HICKS,<br><br>    Defendant. | NO.  2:17-cr-027 TLN<br><br>**CORRECTED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**Date:  July 20, 2017**<br>**Time:  9:30 a.m.**<br>**Judge  Hon. TROY L. NUNLEY** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for July 20, 2017, be vacated and the matter be continued until September 21, 2017, at 9:30 a.m. for status conference.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between July 20, 2017, and September 21, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Defense investigation is continuing into the case, which, as noted in a previous continuance request, involves at least two search warrants, includes inquiries directed at potential motions related issues, including motions to suppress.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

Respectfully submitted,

DATE: July 17, 2017         /s/ *Jason Hitt*
                            Jason Hitt
                            Asst U.S. Attorney
                            Counsel for Plaintiff

DATE: July 17, 2017         /s/ *Jeffrey L. Staniels*
                            Jeffrey L. Staniels
                            Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  2:17-cr-027 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIQUON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until September 21, 2017, at 9:30 a.m. before this court for status conference.  The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between July 20, 2017 and September 21, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

Dated:  July 18, 2017

_____
Troy L. Nunley
United States District Judge