Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) |
| TIQUON HICKS, | ) **Date: September 21, 2017** |
| Defendant. | ) **Time: 9:30 a.m.** ) **Judge Hon. TROY L. NUNLEY** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for September 21, 2017, be vacated and the matter be continued until December 7, 2017, at 9:30 a.m. for status conference.

1

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between September 21, 2017, and December 7, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Defense investigation is continuing into the case. As previously noted, the case involves at least two search warrants and includes inquiries directed at potential motions related issues, including motions to suppress. Additionally the defense recently requested follow-up discovery and the government has advised that the case agent is in the process of gathering information in response to that request.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

Respectfully submitted,

DATE: September 19, 2017        /s/ *Jason Hitt*
                                Jason Hitt
                                Asst U.S. Attorney
                                Counsel for Plaintiff


DATE: September 19, 2017        /s/ *Jeffrey L. Staniels*
                                Jeffrey L. Staniels
                                Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-027 TLN |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TIQUON HICKS, | ) | |
| Defendant. | ) | |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until December 7, 2017, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between September 7, 2017 and December 7, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

DATED: September 19, 2017

_____
Troy L. Nunley
United States District Judge

3