Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) |
| TIQUON HICKS, | ) **Date: December 7, 2017** |
| Defendant. | ) **Time: 9:30 a.m.** |
| | ) **Judge Hon. TROY L. NUNLEY** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for December 7, 2017, be vacated and the matter be continued until January 25, 2018, 2017, at 9:30 a.m. for status conference.

1

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 7, 2017, and January 25, 2018, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Follow-up discovery has recently been received and defense investigation is continuing. As previously noted, the case involves at least two search warrants and includes inquiries directed at potential motions related issues, including motions to suppress.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

                                                Respectfully submitted,

DATE: December 5, 2017          /s/ *Jason Hitt*
                                                Jason Hitt
                                                Asst. U.S. Attorney
                                                Counsel for Plaintiff

DATE: December 5, 2017          /s/ *Jeffrey L. Staniels*
                                                Jeffrey L. Staniels
                                                Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| TIQUON HICKS, | ) |
| Defendant. | ) |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until January 25, 2018, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between December 7, 2017 and January 25, 2018 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

Dated: December 5, 2017

Troy L. Nunley
United States District Judge