Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS** |
| v. | ) **CONFERENCE** |
| | ) |
| | ) |
| TIQUON HICKS, | ) |
| | ) **Date: January 25, 2018** |
| Defendant. | ) **Time: 9:30 a.m.** |
| | ) **Judge Hon. TROY L. NUNLEY** |
| _____ | ) |


    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant

Tiquon Hicks, that the status conference currently scheduled for January 25, 2018, be

vacated and the matter be continued until, March 22, 2018, at 9:30 a.m. for status

conference.

1

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between January 25, 2018, and March 22, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Follow-up discovery has been received and has prompted further defense investigation which is continuing. Counsel has also very recently been apprised of an additional line of investigation which needs to be pursued. As previously noted, the case involves at least two search warrants and includes inquiries directed at potential motions related issues, including motions to suppress.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

Respectfully submitted,

DATE: January 22, 2018       _/s/ Jason Hitt_
Jason Hitt
Asst. U.S. Attorney
Counsel for Plaintiff


DATE: January 22, 2018       _/s/ Jeffrey L. Staniels_
Jeffrey L. Staniels
Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TIQUON HICKS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until March 22, 2018, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between January 25, 2018, and March 22, 2018 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

DATED: January 22, 2018

_____
Troy L. Nunley
United States District Judge

3