Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) NO. 2:17-cr-027 TLN
                        Plaintiff,  ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
            v.  )
TIQUON HICKS,  ) **Date: March 22, 2018**
            Defendant.  ) **Time: 9:30 a.m.**
                                                   ) **Judge Hon. TROY L. NUNLEY**

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for March 22, 2018, be vacated and the matter be continued until, April 19, 2018, at 9:30 a.m. for status conference.

1

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 22, 2018, and April 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Defense investigation, part of which has been subjected to an unexpected delay, is continuing. As previously noted, the case involves at least two search warrants and includes inquiries directed at potential motions related issues, including motions to suppress.

In light of the current status of this case and the anticipated defense preparation that is needed the court is requested to authorize this continuance and find that the interests of justice furthered by granting this request outweigh the interests of the public and the defendant in a Speedy Trial.

**IT IS SO STIPULATED**

                                                  Respectfully submitted,

DATE: March 20, 2018           _/s/ Jason Hitt_
                                           Jason Hitt
                                           Asst. U.S. Attorney
                                           Counsel for Plaintiff

DATE: March 20, 2018           _/s/ Jeffrey L. Staniels_
                                           Jeffrey L. Staniels
                                           Attorney for Tiquon Hicks

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-027 TLN |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TIQUON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until April 19, 2018, at 9:30 a.m. before this court for status conference. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded between March 22, 2018, and April 19, 2018 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

Dated: March 20, 2018

Troy L. Nunley
United States District Judge