Jeffrey L. Staniels

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

Tel: (530) 220-9770

stanielslaw@dcn.org

Attorney for TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-027 TLN |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) |
| TIQUON HICKS, | ) **Date: April 19, 2018** |
| Defendant. | ) **Time: 9:30 a.m.** <br> ) **Judge Hon. TROY L. NUNLEY** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, CJA Counsel for Defendant Tiquon Hicks, that the status conference currently scheduled for April 19, 2018, be vacated and the matter be continued until April 26, 2018, at 9:30 a.m. for status conference, and consideration of a request for substitution of defense counsel.

1

This continuance is sought to accommodate the pre-existing schedule of Tasha Chalfant who will, with the court's consent, be substituting in as counsel of record for the defendant in lieu of current counsel, Jeffrey L. Staniels, who is retiring from the active practice of law.  This request is made after the deadline normally imposed for continuance requests because Mr. Hitt was out of state and Mr. Staniels did not notice his response agreeing to this continuance until after the close of business yesterday.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between April 19, 2018, and April 26, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED**

                                          Respectfully submitted,

DATE: April 17, 2018                */s/ Jason Hitt*
                                                    Jason Hitt
                                                    Asst U.S. Attorney
                                                    Counsel for Plaintiff

DATE: April 17, 2018                /s/ *Jeffrey L. Staniels*
                                                    Jeffrey L. Staniels
                                                    Attorney for Tiquon Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-027 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIQUON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The attached stipulation for a continuance is hereby GRANTED.

This case is continued until April 26, 2018, at 9:30 a.m. before this court for status conference and status of defense counsel. The court finds that the requested delay is reasonable and that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Time for trial under the Speedy Trial Act is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court.

Dated: April 18, 2018

_____
Troy L. Nunley
United States District Judge