TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
TIQUON HICKS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-CR-0027 TLN |
| | ) |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS UNDER |
| | ) SPEEDY TRIAL ACT; FINDINGS AND |
| v. | ) ORDER |
| | ) |
| TIQUON HICKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United

States Attorney JASON HITT, and the Defendant, TIQUON HICKS, by and through his counsel

of record TASHA CHALFANT, hereby stipulate and request that the Court make the following

findings and Order as follows:

1.      By previous order, this matter was set for status conference on June 7, 2018.

2.      By this stipulation, the defendant now moves to continue the status conference until

August 2, 2018, at 9:30 a.m., and to exclude time between June 7, 2018, and August 2, 2018, under

Local Code T4.  Plaintiff does not oppose this request.

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

1

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 100 plus pages of investigative reports in electronic form. All of this discovery has been either produced directly to previous counsel, Jeff Staniels, and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to obtain all discovery from previous counsel, review the discovery, consult with her client, discuss potential resolution, and to explain the consequences and guidelines. Counsel for the defendant substituted in for the previous attorney, Jeff Staniels, when he retired from the practice of law. Therefore, counsel for the defendant needs additional time to develop the case, conduct investigation and meet with her client for the above stated reasons.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2018, to June 7, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel have reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: May 30, 2018            by:      /s/Tasha Chalfant for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

Dated: May 30, 2018            by:      /s/Tasha Chalfant
                                        TASHA CHALFANT
                                        Attorney for Defendant
                                        TIQUON HICKS

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 7, 2018, to and including August 2, 2018, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set May 30, 2018, status conference shall be continued to August 2, 2018, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 30th day of May, 2018.

Troy L. Nunley
United States District Judge