# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-0027-TLN |
| Plaintiff, | ORDER |
| vs. | |
| TIQUON HICKS, | |
| Defendant. | |

The attached stipulation for a continuance is hereby GRANTED.

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would dent defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 21, 2019, to and including January 30, 2020, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set November 21, 2019, status conference shall be continued to January 30, 2020, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: November 18, 2019

_____
Troy L. Nunley
United States District Judge