DRE LAW, A.P.C.
Darren M. Richie
State Bar No. 316116
206 West 4th Street, Suite 330
Santa Ana, CA 92701
Tel: (213) 265-7888
Fax: (844) 314-1380
darren@dre.law

Attorney for Defendant
TIQUON RAMON HICKS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0027-TLN |
| Plaintiff, | **ORDER** |
| v. | |
| TIQUON RAMON HICKS | |
| Defendant. | |

The stipulation for a continuance is hereby GRANTED.

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parites and the recitation of facts contained therein, the Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and Defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, July 29, 2021, to and including September 16, 2021, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4. It is further ordered that the presently set July 29, 2021 status conference shall be continued to September 16, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: July 28, 2021

Troy L. Nunley
United States District Judge