Darren M. Richie, Esq., State Bar No. 316116
DRE LAW, APC
206 West 4th Street, Suite 330
Santa Ana, CA 92701
Tel: (213) 265-7888
Fax: (844) 314-1380
darren@dre.law

Attorney for Defendant
TIQUON RAMON HICKS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIQUON RAMON HICKS<br><br>Defendant | Case No. 2:17-cr-00027-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, HEARING ON MOTION FOR RECONSIDERATION OF ORDER OF DETENTION; AND HEARING ON MOTION TO DISMISS INDICTMENT**<br><br>Current Date: September 16, 2021<br>Proposed Date: October 14, 2021<br><br>Honorable Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, Jason Hitt, counsel for Plaintiff, and Darren M. Richie, counsel for Defendant, TIQUON RAMON HICKS, that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status conference, hearing on

1
STIPULATION AND ORDER TO CONTINUE HEARING

Defendant's motion for reconsideration of order of detention, and hearing on Defendant's motion to dismiss indictment on September 16, 2021.

2. By this stipulation, the Defendant now moves to continue the status conference, hearing on Defendant's motion for reconsideration of order of detention, and hearing on Defendant's motion to dismiss indictment until October 14, 2021, and to exclude time between September 16, 2021 and October 14, 2021, under Local Code T4. Plaintiff does not oppose this request.

3. The Parties agree and stipulate, and request that the Court find the following:

    a. On August 18, 2021, defense counsel learned of a family obligation on September 16, 2021 that conflicts with the hearings in this matter. Defense counsel is located in Southern California, and is unable to travel to Sacramento for the in-person hearing in this matter on September 16, 2021.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and representation of the Defendant, taking into account exercise due diligence.

    c. Should this Court continue the hearings in this matter to October 14, 2021, the Government's opposition to Defendant's motions would be due on September 30, 2021. The Defendant's reply would be due on October 7, 2021.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2021 to October 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

//

All counsel have reviewed the proposed order and authorized Darren M. Richie to sign it on their behalf.

**IT IS SO STIPULATED**

Dated: August 30, 2021          */s/Darren M. Richie*
                                JASON HITT
                                Darren M. Richie on behalf of JASON HITT

Dated: August 30, 2021          */s/Darren M. Richie*
                                Darren M. Richie
                                Attorney for Defendant
                                TIQUON RAMON HICKS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIQUON RAMON HICKS<br>Defendant. | Case No. 2:17-cr-00027-TLN<br><br>**ORDER TO CONTINUE HEARING**<br><br>Honorable Troy L. Nunley |

GOOD CAUSE HAVING BEEN SHOWN, and by the stipulation of the parties:

The status conference, hearing on the motion for reconsideration of order of detention, and hearing on motion to dismiss indictment in the matter of Tiquon Ramon Hicks will be continued from September 16, 2021 to October 14, 2021, at 9:30 a.m. The Government's opposition brief will be due September 30, 2021. The Defendant's reply brief will be due October 7, 2021.

IT IS SO ORDERED.

DATED: August 31, 2021

Troy L. Nunley
United States District Judge

ORDER TO CONTINUE HEARING