|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 15, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIQUON RAMON HICKS,

    Defendant.

Case No. 2:17-cr-00027-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>TIQUON RAMON HICKS</u> , Case No. <u>2:17-cr-00027-TLN</u>  Charge <u>21 USC § 841(a)(1)</u>, from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): **The Court DISMISSES the Indictment**

      X    <u>**without prejudice and ORDERS Defendant to be**</u>

           <u>**RELEASED forthwith.**</u>

Issued at Sacramento, California on April 15, 2022, at 4:32 PM.

By: _____

District Judge Troy L. Nunley